**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-31257
Summary Calendar

ANNIE F. HARRIS,

Plaintiff-Appellant,

VERSUS

STATE FARM LIFE INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
99-CV-2291

April 26, 2002

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:[1]

Harris challenges the district court's dismissal of her Title VII and ADEA claims relating to State Farm's failure to promote her in October 1998 and March 1999. After reviewing the record and the party's briefs, we affirm the district court's judgment for essentially the reasons stated in its thoughtful ruling of September 13, 2001.

AFFIRMED.

_____

[1]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.